WESTON & AGNESS LLP
Leo L. Ashley III (State Bar No. 197890)
Shadie Maghareh (State Bar No. 323670)
1960 East Grand Avenue, Suite 400
El Segundo, California 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
Email: lashley@westonagnesslaw.com
smaghareh@westonagnesslaw.com

Attorneys for Defendant AMGUARD INSURANCE COMPANY

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAMDI ABDEL MUNIM ABU KHALAF, an individual; and ALADDIN CLAIREMONT & MKT, INC., DBA ALADDIN'S CAFE, a California Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>BERKSHIRE HATHAWAY ASSURANCE CORPORATION, a New York Corporation; BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Corporation; BERKSHIRE HATHAWAY INC., a California Corporation; AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. '25CV2246 H KSC<br><br>**DEFENDANT AMGUARD INSURANCE COMPANY'S NOTICE OF RELATED CASES**<br><br>(Filed concurrently with Notice of Removal Of Action Under 28 U.S.C. 1441) |

Pursuant to Local Civil Rule 40.1(f) of the United States District Court for the Southern District of California, the undersigned, counsel of record for Defendant AmGUARD Insurance Company ("AmGUARD") certifies there is no case previously filed or currently pending in the Southern District that is related to the above-entitled action.

AmGUARD has not received notice of any other action filed in the Southern District by Plaintiffs Hamdi Abdel Munim Abu Khalaf and Aladdin Clairemont & MKT, Inc., dba Aladdin's Cafe (collectively, "Plaintiffs"), nor has AmGUARD filed any action against Plaintiffs in the Southern District.

Dated: August 28, 2025

WESTON & AGNESS LLP

By: **s/ Leo L. Ashley III**

Leo L. Ashley III
Shadie Maghareh
Attorneys for Defendant
AMGUARD INSURANCE COMPANY